John W. CONLEY, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 99–7177.

United States Court of Appeals, Federal Circuit.

March 19, 2001.

ON MOTION

ORDER

John W. Conley moves to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The revised official caption is reflected above.

(3) Each side shall bear its own costs.

Douglas D. LOVEJOY, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 99–7156.

United States Court of Appeals, Federal Circuit.

March 19, 2001.

ON MOTION

ORDER

Douglas D. Lovejoy moves to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.